COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION

Cause number:    01-16-00047-CV

Style:       In re MarOpCo, Inc.

Date motion filed:   March 1, 2016

Type of motion:    Unopposed Motion to Withdraw as Counsel for Relator

Party filing motion:   Barry Abrams, Susan L. Bickley, and Josh A. Huber, with the firm of Blank Rome LLP

Document to be filed:

If motion to extend time:

   Original due date:

   Number of previous extensions granted:     Current Due date:

   Date Requested:

Ordered that motion is:

  ☑ **Granted**

    If document is to be filed, document due:

    ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

  ☐ Denied

  ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

  ☐ Other: _____

The motion to withdraw as relator's counsel of Barry Abrams, Susan L. Bickley, and Josh A. Huber, with the firm of Blank Rome LLP, is granted. *See* TEX. R. APP. P. 6.5(d). The Clerk of this Court is directed to note on the docket counsel's withdrawal from representing relator.

Judge's signature: /s/ Terry Jennnings
       ☑ Acting individually  ☐ Acting for the Court

Date: _March 8, 2016_